# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MONTEZ BRIDGES,

    Petitioner,

v.

FEDERAL BUREAU OF PRISONS,

    Respondent.

NO. 3:17-CV-412

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 2nd day of June, 2017, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 7) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 7) is **ADOPTED**.

(2) The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

(3) A certificate of appealability **SHALL NOT** issue.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge